UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:22-cv-582-JLB-KCD

DANIEL LUGO,

        Plaintiff,

v.

BUHELOS, INC.

        Defendant.
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

| | |
|---|---|
| s/Drew M. Levitt | s/Lenore T. Brakefield |
| DREW M. LEVITT | LENORE T. BRAKEFIELD |
| Florida Bar No. 782246 | Florida Bar No. 011083 |
| drewmlevitt@gmail.com | lbrakefield@wpl-legal.com |
| Lee D. Sarkin | WOODWARD, PIRES & |
| Florida Bar No. 962848 | LOMBARDO, P.A. |
| lsarkin@aol.com | 3200 Tamiami Trail North, Suite 200 |
| 4700 N.W. Boca Raton Boulevard | Naples, Florida 34103 |
| Suite 302 | Telephone (239) 649-6555 |
| Boca Raton, Florida 33431 | Attorneys for Defendant |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |